## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4022  Assigned/Issued By: j. n.

Judge Name: andersen  Designated Magistrate Judge: cox

### FEE INFORMATION

Amount Due:  [✓] $350.00  [ ] $39.00  [ ] $5.00
             [ ] IFP      [ ] No Fee  [ ] Other ____
             [ ] $455.00

Number of Service Copies ____  Date: ____

*(For use by Fiscal Department Only)*

Amount Paid: 350  Receipt #: 2936417

Date Payment Rec'd: 7-16-08  Fiscal Clerk: j. n.

### ISSUANCES

[✓] Summons                          [ ] Alias Summons
[ ] Third Party Summons              [ ] Lis Pendens
[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                     _____
                                     (Victim, Against and $ Amount)
[ ] Citation to Discover Assets      [ ] Other
[ ] Writ _____            _____
    (Type of Writ)                   (Type of issuance)

2 Original and 0 copies on 7-16-08 as to all defendants
                        (Date)