UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BLANCA DEALBA**, on behalf of herself and all other employees similarily situated, known and unknown,<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**COYOACAN, INC AND PIEDAD CANALES**<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 CV 4022**<br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 23, 2008**, at **10:00 PM**, I served the above described documents upon **COYOACAN, INC.** as shown below

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **FRANCISCO CANALES / MANAGER**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **3826 W. MONTROSE, CHICAGO, IL 60618.**

**DESCRIPTION:**   Gender: **M**   Race: **HISPANIC**   Age: **30**   Hgt: **5'6"**   Wgt: **195**   Hair: **BLACK**   Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*/s/ Steven A Stosur/*

**Steven A Stosur, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 24th day of July, 2008

*/s/ Joan C. Harenberg/*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| CLIENT NAME:<br>**Amatore & Associates, P.C.*** | ORIGINAL PROOF OF SERVICE | TRACKING #<br>**39866** |
|---|---|---|

**FILE #:**