UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BLANCA DEALBA, on behalf of herself and all other employees similarly situated, known and unknown,<br><br>PLAINTIFF(S)<br><br>VS.<br><br>COYOACAN, INC AND PIEDAD CANALES<br><br>DEFENDANT(S) | Court Date:<br><br>Case No.<br>08 CV 4022<br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mer citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor inte above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **PIEDAD CANALES** at **3826 W. MONTROSE IL 60618** after due search, careful inquiry and diligent attempts for the reason detailed below.

7/23/2008 10:00 PM - Francisco Canales said the defendant is his brother and never comes in. He would not give defendants address and he would not call him. I asked if I could leave my number for him to call me and all he ke| that I could leave the paper with him.

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 24th day of July, 2008

*[signature] Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Amatore & Associates, P.C.*
FILE #:

ORIGINAL PROOF OF SERVICE