FILED
J.N Aug 14, 2008
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Piedad Canales
(Please print)

STREET ADDRESS: 3826 W Montrose

CITY/STATE/ZIP: chicago ILL 60618

PHONE NUMBER: 773 961 57 20

CASE NUMBER: 08CV4022

Piedad Canales
Signature

8. 12. 08
Date