UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BLANCA DEALBA, on behalf of herself and all other employees similarily situated, known and unknown,

PLAINTIFF(S)

Case No.
08 CV 4022

VS.

COYOACAN, INC AND PIEDAD CANALES

SERVICE DOCUMENTS:
SUMMONS & COMPLAINT

DEFENDANT(S)

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **PIEDAD CANALES** at **3826 W. MONTROSE, CHICAGO, IL 60618** after due search, careful inquiry and diligent attempts for the reason detailed below.

7/23/2008 10:00 PM - Francisco Canales said the defendant is his brother and never comes in. He would not give me the defendants address and he would not call him. I asked if I could leave my number for him to call me and all he kept saying is that I could leave the paper with him.
8/14/2008 4:00 PM - Client requested skip trace.
8/20/2008 10:00 PM - 5028 N RIDGEWAY AVE., CHICAGO IL 60625 This bulding is vacant. The front door is paddlocked shut and none of the electric meters are moving.

I declare under penalties of perjury that the information contained herein is true and correct.

_[signature]_

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 21st day of August, 2008

_Joan C. Harenberg_

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Amatore & Associates, P.C.*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
39865