IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BLANCA DeALBA**, on behalf of herself and all other employees similarly situated, known and unknown, <br><br> Plaintiffs, <br> v. <br><br> **COYOACAN, INC.**, an Illinois corporation, and **PIEDAD CANALES**, individually. <br><br> Defendants. | Judge Wayne R. Anderson <br><br> Magistrate Judge Susan E. Cox <br><br> No.  08 CV 4022 |

**MOTION TO DEEM SERVICE OF PROCESS
EFFECTIVE AS TO COYOACAN, INC., AND FOR
ENTRY OF DEFAULT ORDER AS TO COYOACAN, INC.**

The plaintiff prays that this Court will deem that service was properly effected upon the corporate defendant, COYOACAN, INC.  The plaintiff also prays that this Court will enter an order of default against COYOACAN, INC., for failure to answer the complaint or otherwise defend.  In support thereof, the plaintiff states as follows:

1.	The individual defendant, PIEDAD CANALES, is listed in the Illinois Secretary of State's database as an officer and/or director of the defendant corporation, COYOACAN, INC., and is also listed as COYOACAN, INC.'s registered agent.  A copy of the database entry is attached as **Exhibit A**.

2.	On July 23, 2008, corporate service was effected upon the defendant, COYOACAN, INC., when special process server Steven A. Stosur (Lic. No. 117-001119) left a copy of the relevant summons and complaint with Francisco Canales, who is believed to be an officer, director, manager or other agent of COYOACAN, INC.  The relevant return of service [Doc. 7] is attached as **Exhibit B**.

3. Accordingly, COYOACAN, INC.'s answer or other responsive pleading/motion was due on or before August 12, 2008.

4. To date, COYOACAN, INC., has not filed a responsive pleading or otherwise defended.

5. To date, COYOACAN, INC., has not filed its appearance.

6. While it is true that PIEDAD CANALES (the listed registered agent) was never personally served with process, she nonetheless filed her individual, *pro se* appearance on August 14, 2008. The appearance [Doc. 9] is attached as **Exhibit C**.

7. Subsequently, on August 19, 2008, PIEDAD CANALES also filed a document that she styled as her "Motion to Dismiss and Petition for Sanctions Pursuant to S.C.R. 11" [Doc. 10].

8. Given that PIEDAD CANALES is an officer and/or director (as well as the registered agent) of COYOACAN, INC., it would serve no purpose to require the plaintiff to personally serve her with process in her capacity as an officer or registered agent of COYOACAN, INC., when she has already appeared individually. To do so would elevate form over substance.

9. In any case, there is no indication that the corporate service upon COYOACAN, INC., by its agent, Francisco Canales (as evidenced by the return of service [Doc. 7] attached as **Exhibit B**), was defective in any way.

10. It is well settled that "a corporation may appear in the federal courts only through licensed counsel." *Rowland v. California Men's Colony*, 506 U.S. 194, 201-202 (1993) (citations omitted). Accordingly, the corporate defendant, COYOACAN, INC., is incapable of appearing or answering except by counsel.

11. Upon information and belief, PIEDAD CANALES is not an attorney, and is therefore incapable of representing the corporate defendant, COYOACAN, INC.

12. No attorney has yet appeared (or taken any action at all to the undersigned's knowledge) in this case on behalf of the corporate defendant, COYOACAN, INC.

13. FRCP 55(a) says that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

WHEREFORE, the plaintiff prays that this Court will:

A. find that service was properly effected upon the corporate defendant, COYOACAN, INC., as of July 23, 2008, making its answer or other responsive pleading due by August 12, 2008;

B. order COYOACAN, INC., to appear by counsel within 21 days of the hearing of this motion or be subject to a default order; and

C. enter an order of default against COYOACAN, INC., if an answer or other responsive pleading/motion is not filed by counsel within the 21-day period indicated above.

Roy P. Amatore, Esq.  
Paul Luka, Esq.  
AMATORE & ASSOCIATES, P.C.  
120 S. State Street • Suite 400  
Chicago, IL 60603  
312.236.9825 tel.

Respectfully submitted,

/s/Paul Luka  
PAUL LUKA

# Exhibit A

4 of 8 DOCUMENTS

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY

CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY

ILLINOIS SECRETARY OF STATE

**Company Name:** COYOACAN INC.

**Type:** DOMESTIC CORPORATION

**Status:** GOOD STANDING  (provided that (a) the franchise taxes/annual reports have been filed on a timely basis and (b) the entity has a valid registered agent. These items should be verified.)

**Duration:** PERPETUAL

**Date of Incorporation/Qualification:** 3/14/2008 (Anniversary Month: MARCH)

**State or Country of Incorporation:** ILLINOIS

**Purpose:** ALL INCLUSIVE PURPOSE

**Registered Agent:**
  PIEDAD CANALES
  Agent Appointed: 3/14/2008

**Registered Office:**
  3826 W MONTROSE
  CHICAGO, IL 60618
  County: COOK

**Additional Information:** NOT REGULATED BY ILLINOIS COMMERCE COMMISSION

**Corporation Number:** 66021432

**Annual Report:**
  Tax Factor: 1.000000

**Stock Information:**
  Change in Stock: 3/14/2008
  Change in Capital: 3/14/2008
  Tax Capital: $ 1
  Total Capital: $ 1

  Type of Stock: COMMON
  Shares Issued: 1,000.00
  Authorized Quantity: 1,000
  Voting Rights: YES

Page 2

ILLINOIS SECRETARY OF STATE

**Officers, Directors:**
  PIEDAD CANALES

# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BLANCA DEALBA**, on behalf of herself and all other employees similarly situated, known and unknown,<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**COYOACAN, INC AND PIEDAD CANALES**<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 CV 4022**<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 23, 2008**, at **10:00 PM**, I served the above described documents upon **COYOACAN, INC.** as shown below

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **FRANCISCO CANALES / MANAGER**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **3826 W. MONTROSE, CHICAGO, IL 60618.**

**DESCRIPTION:**  Gender: **M**   Race: **HISPANIC**   Age: **30**   Hgt: **5'6"**   Wgt: **195**   Hair: **BLACK**   Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*/s/ Steven A Stosur/*

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 24th day of July, 2008

*/s/ Joan C. Harenberg/*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:                    ORIGINAL PROOF OF SERVICE                    TRACKING #
**Amatore & Associates, P.C.***                                                                  **39866**

FILE #:

# Exhibit C

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
AUG 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Piedad Canales
(Please print)

STREET ADDRESS: 3826 W Montrose

CITY/STATE/ZIP: Chicago ILL 60618

PHONE NUMBER: 773 961 5720

CASE NUMBER: 08CV4022

Signature: Piedad Canales

Date: 8/12/08