IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BLANCA DeALBA**, on behalf of herself and all other employees similarly situated, known and unknown, | |
| Plaintiffs, | Judge Wayne R. Anderson |
| v. | Magistrate Judge Susan E. Cox |
| **COYOACAN, INC.**, an Illinois corporation, and **PIEDAD CANALES**, individually. | No.  08 CV 4022 |
| Defendants. | |

## NOTICE OF MOTION

TO: PIEDAD CANALES, *pro se*
     3826 W. Montrose
     Chicago, IL 60618
     (via registered mail)

On **Thursday, September 11, 2008, at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Anderson in Courtroom 1403 at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached motion(s): 1) **Motion to Deem Service of Process Effective as to Coyoacan, Inc., and for Entry of Default Order as to Coyoacan, Inc.**; and 2) **Plaintiff's Opposition to Defendant's Motion to Dismiss**.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 5, 2008, he served a copy of this notice and the indicated document(s) on the person(s) listed above by causing them to be deposited in the United States Mail at Chicago, Illinois, with sufficient postage paid.

                                                          /s/ Paul Luka_____
                                                          PAUL LUKA

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825